# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ 08-394 |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| STEPHAN ALEXANDER GOODWIN, | ) | |
| Defendant. | ) | |

Offense charged:    Felon in Possession of a Firearm

Date of Detention Hearing:    September 30, 2008

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)    Defendant is charged by complaint with possessing a firearm, having previously been convicted of the felonies of residential burglary and unlawful possession of a firearm in the

DETENTION ORDER 15.13
18 U.S.C. § 3142(i)    Rev. 1/91
PAGE 1

second degree. The complaint alleges that defendant was apprehended after police were called to a transit center in Kent, Washington following reports of gunshots and gang activity. Defendant was apprehended after being found running from the scene, and is alleged to have admitted that he had thrown a firearm under a vehicle after being ordered to stop by a police officer.

(2) Defendant's lengthy criminal record includes numerous failures to appear and bench warrant activity. He has prior firearms and drug offenses. He is alleged to have admitted being an active member of a gang. He is associated with three alias names and two social security numbers. He is not employed.

(3) Defendant poses a risk of nonappearance due to previous failures to appear, lack of employment, a history of failing to obey Court orders, and a history of substance abuse. He poses a risk of danger due to criminal history, alleged gang involvement and the nature and circumstances of the instant offense.

(4) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 30th day of September, 2008.

Mary Alice Theiler
United States Magistrate Judge